UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MASTER D MUSIC RIGHTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CV826 JCH |
| | ) | |
| AZEALIA A. BANKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

This matter is before the Court upon its review of the record. In an Order entered June 22, 2015, the Court ordered Plaintiff Master D Music Rights, LLC to show cause in writing, within fourteen days, why this action should not be dismissed without prejudice as to Defendants Azealia A. Banks, Plastic Head Music Distribution, Ltd., and Asher Roth, for lack of timely service. (ECF No. 72). On June 29, 2015, Plaintiff was granted an additional thirty days to obtain service. (ECF Nos. 73, 74). To date, Plaintiff has not effected service upon Defendants Azealia A. Banks, Plastic Head Music Distribution, Ltd., or Asher Roth.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Azealia A. Banks, Plastic Head Music Distribution, Ltd., and Asher Roth are **DISMISSED** without prejudice for failure to serve.

Dated this 5th Day of August, 2015.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE