# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MASTER D MUSIC RIGHTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 4:14-cv-00826 |
| ) | |
| AZEALIA A. BANKS, *et. al.* ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's counsel hereby gives notice that the above-captioned action is voluntarily dismissed WITHOUT PREJUDICE.  In the event Plaintiff should re-file the case, Plaintiff hereby states the case would not be filed in the Eastern District of Missouri, Eastern Division.

Respectfully submitted,

**KAYIRA LAW, LLC**                                              **ADELMAN MATZ, P.C.**

By:/s/ *Eric F. Kayira*                                              By:/s/  *Gary Adelman*
    Eric F. Kayira, #50672MO                              Gary Adelman, *Pro Hac Vice*
    Irene Costas, #60825MO                                   1173A Second Ave., Suite 154
    200 S. Hanley Road, Suite 208                          New York, NY 10065
    St. Louis, Missouri 63105                                   646-650-2198
    (314) 899-9381                                                     646-650-2108 facsimile
    (314) 899-9382 facsimile
    eric.kayira@kayiralaw.com
    irene.costas@kayiralaw.com                           *Attorney for Defendant*
                                                                                 *Datpiff, LLC*

    *Attorneys for Plaintiff*

**SO ORDERED:**                                                          **DATE:**

_____          _____

HONORABLE JUDGE, JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system, on this 21st day of September, 2015 to all counsel of record.

/s/ *Eric F. Kayira*