# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MASTER D MUSIC RIGHTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 4:14-cv-00826 |
| ) | |
| AZEALIA A. BANKS, *et. al.* ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's counsel hereby gives notice that the above-captioned action is voluntarily dismissed WITHOUT PREJUDICE. In the event Plaintiff should re-file the case, Plaintiff hereby states the case would not be filed in the Eastern District of Missouri, Eastern Division.

Respectfully submitted,

**KAYIRA LAW, LLC**                                   **ADELMAN MATZ, P.C.**

By:/s/ *Eric F. Kayira*                              By:/s/ *Gary Adelman*
   Eric F. Kayira, #50672MO                         Gary Adelman, *Pro Hac Vice*
   Irene Costas, #60825MO                           1173A Second Ave., Suite 154
   200 S. Hanley Road, Suite 208                    New York, NY 10065
   St. Louis, Missouri 63105                        646-650-2198
   (314) 899-9381                                   646-650-2108 facsimile
   (314) 899-9382 facsimile
   eric.kayira@kayiralaw.com
   irene.costas@kayiralaw.com                    *Attorney for Defendant*
                                                 *Datpiff, LLC*

*Attorneys for Plaintiff*

SO ORDERED:                                          DATE:

_____                     9/22/15
HONORABLE JUDGE, JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE